## ATTACHMENT B

## AFFIDAVIT OF DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT JONATHON RICHARDS

I, Jonathon Richards, being first duly sworn, do hereby depose and state that:

1. I have been employed by the United States Department of Justice, Drug Enforcement Administration (DEA) as a Special Agent (SA), since April 2023. Prior to that, I was employed by the Kansas Highway Patrol (KHP) since January 2014. From June 2019 through April 2023, I was a DEA Task Force Officer with the KHP. I have received specialized training relating to the manufacture, distribution, and possession, with the intent to distribute, controlled substances. From my training and experience, I have extensive knowledge of complex illegal drug manufacturing and distribution operation. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. This affidavit is being made in support of a criminal complaint charging Stevie Delane LOGAN, Jr., Daron Cortez KELLY, and William Edward MCKINZIE with the crime of conspiracy to distribute 500 grams more of more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846.

3. I have participated in the investigation of the offense set forth herein. As a result of my personal participation in this investigation, review and analysis of reports provided to me by other law enforcement agents and officers, and on the basis of other information I have received, I am familiar with the facts and circumstances surrounding this investigation.

4. On April 11, 2024, the Honorable Judge M. Douglas Harpool, United States District Court Judge, Western District of Missouri, signed an order authorizing the interception of wire and

electronic communications on telephone number (620) 333-9244 ("Target Telephone 1"), telephone number (726) 231-5901 ("Target Telephone 2"), and telephone number (559) 360-1976 ("Target Telephone 3") (order number 24-WT-00002-MDH), telephones used by LOGAN in connection with his distribution of methamphetamine.

5. On April 20, 2024, at approximately 12:10 p.m., LOGAN, utilizing Target Telephone 2, placed an outgoing call to MCKINZIE. Agents had received information during this investigation that MCKINZIE purchased distribution amounts of methamphetamine from LOGAN. The following excerpt of their conversation was intercepted:

> MCKINZIE: Yeah, bro. What's up? [What are you up to? I need to purchase methamphetamine from you today.][1]
>
> LOGAN: Yo.
>
> MCKINZIE: Hey, uh, can we do the same thing? [Can I get the same amount of methamphetamine I purchased during our previous transaction?]
>
> LOGAN: Hell yeah. [Yes!]
>
> MCKINZIE: Okay.

The call continued where the two discussed the logistics of the meeting:

> LOGAN: I mean, if you wanna wait on me, I'll be back in a few hours. If you need it right now, shit, you can go... [I'm not at home so it will be some time before I can pick up the methamphetamine from my stash location and bring it to you.]
>
> MCKINZIE: I, well, I kind of need it right now, but, I mean, I'm....I'm...uh, I'm trying to be nice and not press it (voices overlap). [I need the methamphetamine soon.]
>
> LOGAN: I'm about to see, I'm about to see if I can get somebody to bring it to you. [I will call my other Drug Trafficking Organization (DTO) members and see if one of them can deliver the methamphetamine to you.]
>
> MCKINZIE: Try to what?

---

[1] Bracketed statements throughout this affidavit are my interpretation of conversations based upon my training and experience as a drug investigator, as well as my specific knowledge of this investigation.

2

LOGAN: I'm about to see if I can have somebody bring it up there.

MCKINZIE: Okay. Okay, that'll work. That'll work. Just give me a call back. I appreciate it.

6. At the time of the above-referenced conversation, court-authorized location data showed that Target Telephone 2 was in the Pittsburg, Kansas, area. At approximately 12:13 p.m., LOGAN utilized Target Telephone 2 to call KELLY, who had been identified in this investigation as LOGAN's current second-in-charge of his local DTO. The following excerpt of their conversation was intercepted:

LOGAN: …Dude in Joplin ready for me, too. Stop by that nigga's shit and come and get me. [MCKINZIE is ready for more methamphetamine. I need you (KELLY) to go pick up the methamphetamine from the stash house and then come pick me up in Pittsburg to go conduct the methamphetamine transaction with MCKINZIE.]

7. At approximately 12:33 p.m., LOGAN utilized Target Telephone 2 to call KELLY and the following excerpt of their conversation was intercepted:

LOGAN: Necole ain't answering the phone. [Necole, the person who lives at the stash house, is not answering the phone.]

KELLY: Yeah. Cause they know, I'm fucking gonna, I'm sending that nigga to the door. [Because she knows I'm going to send Damien Williams, aka "D-Will", to the door.]

LOGAN: No, she ain't gonna, she gonna think something up if he go to the door, you gonna have to go to the door. [Necole is going to be suspicious if Williams knocks on her door to pick up the methamphetamine. You (KELLY) need to knock on the door.]

8. At approximately 12:42 p.m., KELLY called LOGAN on Target Telephone 2 and the following excerpt of their conversation was intercepted:

KELLY: But uh, Necole know we coming though? [Does Necole know Williams and I are coming over to pick up the methamphetamine?]

LOGAN: We talk on the phone while you knock on the door.

KELLY: Shit, I'm gonna knock on that mother fucker on speaker phone as soon as she opens it. [I will talk to you (LOGAN) on speaker phone while I pick up the methamphetamine from Necole's residence.]

9. At approximately 12:59 p.m., LOGAN utilized Target Telephone 2 to call KELLY and the following excerpt of their conversation was intercepted:

KELLY: What up?

LOGAN: I told her you was coming to get it. [I told Necole you were coming to pick up methamphetamine.]

10. At approximately 1:47 p.m., LOGAN utilized Target Telephone 2 to send a text message to KELLY that read: "She said pull in the back" [Pull behind Necole's house when you arrive.] At approximately 1:50 p.m., KELLY sent LOGAN a text message on Target Telephone 2 that read: "Bet on 4 min away".

11. At approximately 1:52 p.m., KELLY called LOGAN on Target Telephone 2 and the following excerpt of their conversation was intercepted:

LOGAN: What up bro?

KELLY: I'm back here. [I'm behind Necole's house where you told me to go.]

LOGAN: Alright. Knock on the back door.

KELLY: You said knock on the back door?

LOGAN: Yeah, she gonna give it to you. [Necole will give you the methamphetamine.]

At this time, the line remained open and agents heard the sound of someone knocking on a door, and then heard a female talking in the background. The conversation then continued:

KELLY: I got it bro. [Necole gave me the methamphetamine.]

LOGAN: Alright. Bet.

12. At approximately 2:08 p.m., KELLY sent LOGAN a text message on Target Telephone 2 that read: "Wanna meet at truck stop". At approximately 2:17 p.m., LOGAN responded: "Cool".

4

13. At approximately 2:38 p.m., I observed KELLY and Williams at a Conoco gas station at Highway 400 and 160 in Pittsburg, Kansas, in a white 2005 Chevrolet Tahoe. A few minutes later, I observed a silver Dodge Charger park behind the Tahoe. I observed LOGAN exit the Charger's passenger's seat and get into the driver's seat of the Tahoe. The Tahoe then left the gas station. Agents monitored the location data from Target Telephone 2 and saw it traveling toward Joplin, Missouri, which is where MCKINZIE was known to reside, and where agents were actively conducting physical surveillance of MCKINZIE at Economy Inn and Suites, located at 1700 West 30th Street, Joplin, Jasper County, Missouri.

14. At approximately 2:28 p.m., LOGAN utilized Target Telephone 2 to call MCKINZIE and the following excerpt of their conversation was intercepted:

> LOGAN: Gonna be at your spot? [Are you at your residence so I can meet you to deliver the methamphetamine?]
>
> MCKINZIE: Yep. I'm in my spot. [I'm at my usual residence, the Economy Inn and Suites in Joplin, Missouri.]

15. At approximately 3:18 p.m., agents observed LOGAN, KELLY, and Williams arrive at the Economy Inn and Suites in the white Tahoe and pull into a parking space. Agents observed MCKINZIE walk out of a room and walk up to the Tahoe with the others. At that time, agents contacted LOGAN, KELLY, MCKINZIE, and Williams and arrested them. A probable cause search of the Tahoe revealed a large tub in the back seat containing approximately 4.5 kilograms (4,500 grams) of suspected methamphetamine. Agents' field tested the substance and received a positive indication for the presence of methamphetamine. Based on my training and experience, I know that 4.5 kilograms is a distributive amount of methamphetamine.

16. Following the arrest, investigators executed a State of Missouri search warrant on room #214 at the Economy Inn and Suites, which MCKINZIE stated was the room where he had been

living. Hotel management also confirmed MCKINZIE had been staying at the room for an extended period. During execution of the warrant, investigators located approximately five ounces of a substance that field-tested positive for methamphetamine, a drug ledger, and three firearms inside the room. Based on my training and experience, I know that five ounces is a distributive amount of methamphetamine.

17. Based on the facts set forth in this affidavit and my training and experience, I believe that beginning on an unknown date, but at least as early as April 20, 2024, in the Western District of Missouri, and elsewhere, LOGAN, KELLY, and MCKINZIE conspired with each other, and with others known and unknown, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846.

Further your affiant sayeth naught.

Jonathon Richards
Special Agent
Drug Enforcement Administration

Sworn to and subscribed to before me in my presence via telephone on this 22nd day of April 2024, in the Western District of Missouri.

HONORABLE DAVID P. RUSH
United States Magistrate Judge
Western District of Missouri