IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARON C. KELLY,

    Defendant.

No. 3:24-cr-05023-BP-2

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, counsel and respectfully requests leave to withdraw as counsel for defendant in this case.

## SUGGESTIONS IN SUPPORT

1. Counsel was appointed to represent Defendant in the above matter on April 22, 2024.

2. Counsel has determined that there is a conflict of interest in representing Defendant in this matter.

3. Therefore, Counsel respectfully requests leave to withdraw as attorney in this matter.

WHEREFORE counsel requests leave to withdraw and for such other orders as the Court deems appropriate.

    Sincerely,

    */s/Shane P. Cantin* (#41699)
    Cantin Mynarich LLC
    2560 South Glenstone Avenue, Suite C
    Springfield, Missouri 65804
    417-831-6363

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing was delivered May 28, 2024, to the CM-ECF system of the United States District Court of the Western District of Missouri for electronic delivery to all counsel of record. A copy was mailed to Defendant, Daron Kelly, c/o Christian County Jail, 110 W. Elm St. #70, Ozark, MO 65721.

/s/ Shane P. Cantin